Jennifer S. Getty, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* JONES, APPELLEE.

[Cite as *State v. Jones,* 134 Ohio St.3d 590, 2012-Ohio-5763.]

(No. 2012–0744—Submitted December 4, 2012—Decided December 7, 2012.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Howard,* 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Johnna M. Shia, Assistant Prosecuting Attorney, for appellant.

Bahjat M. Abdallah, for appellee.